IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re                                        :    Chapter 11
                                             :
USA SYNTHETIC FUEL CORPORATION,              :    Case No. 15-10599 (MFW)
                                             :
        Debtor.                              :    Tax I.D. No. 13-3995258
-----------------------------------------------------x
In re                                        :    Chapter 11
                                             :
LIMA ENERGY COMPANY,                         :    Case No. 15-10600 (MFW)
                                             :
        Debtor.                              :    Tax I.D. No. 31-1745661
-----------------------------------------------------x
In re                                        :    Chapter 11
                                             :
CLEANTECH CORPORATION,                       :    Case No. 15-10601 (MFW)
                                             :
        Debtor.                              :    Tax I.D. No. 27-1546023
-----------------------------------------------------x
```

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO
BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1**

Upon the motion (the "Motion")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and upon the Vick Declaration; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 15-10599 (MFW) in accordance with the provisions of Bankruptcy Rule 1015.

3. The joint caption of the Debtors' cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| USA SYNTHETIC FUEL CORPORATION, *et al.*[1] | Case No. 15-10599 (MFW) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): USA Synthetic Fuel Corporation (5258); Lima Energy Company (5661); and Cleantech Corporation (6023). The Debtors' address is 312 Walnut Street, Suite 1600, Cincinnati, Ohio 45202.

- 3 -

4. All original pleadings shall be captioned as indicated in the preceding paragraph, and all original docket entries shall be made in the case of USA Synthetic Fuel Corporation, Case No. 15-10599 (MFW).

5. A docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of USA Synthetic Fuel Corporation, Lima Energy Company and Cleantech Corporation. The docket in the chapter 11 case of USA Synthetic Fuel Corporation, Case No. 15-10599 (MFW), should be consulted for all matters affecting this case.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 19, 2015
Wilmington, Delaware

                                   _____
                                   HONORABLE MARY F. WALRATH
                                   UNITED STATES BANKRUPTCY JUDGE

8983153.1